1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STACEY R. FERNANDEZ (Cal. Bar No. 277277)
4  Special Assistant United States Attorney
   General Crimes Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3152
7       Facsimile: (213) 894-6269
        E-mail:   stacey.fernandez@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                     September 14, 2016.

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:     VPC      DEPUTY
```

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          Case No. CV 16-5581-SJO
                                               CR 15-339-SJO
13           Plaintiff/Respondent,
                                       ORDER GRANTING GOVERNMENT'S MOTION
14                v.                   TO STAY PETITIONER'S § 2255 MOTION
                                       PENDING APPEAL
15  JOSE DE JESUS GARCIA,

16           Defendant/Petitioner.

17

18       The Court's having considered the government's motion to stay

19  defendant/petitioner's "Motion to Vacate, Set Aside, or Correct

20  Sentence Pursuant to 28 U.S.C. § 2255," (the "§ 2255 Motion"), and

21  good cause appearing therefor, the Court hereby ORDERS as follows:

22       1.   All proceedings as to the § 2255 Motion are hereby stayed

23  pending defendant's appeal in the criminal case, United States v.

24  De Jesus Garcia, CR 15-00339-SJO.

25  ///

26  ///

27  ///

28       2.   Within 14 days of the Court of Appeal's mandate in United

States v. De Jesus Garcia, Ninth Circuit Court of Appeals Case No. 15-50558, the government shall file a status report (and proposed schedule for briefing of the § 2255 Motion, if appropriate).

IT IS SO ORDERED.

September 14, 2016

_____
DATE

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

_____
    /s/
STACEY R. FERNANDEZ
Special Assistant United States
Attorney